UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

CENTRAL DIVISION



FILED
JAN 17 2013

***

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | CR. 12-30088(01), (02) & (03) |
| Plaintiff, | * | |
| -vs- | * | REPORT AND RECOMMENDATION |
| | * | FOR DISPOSITION OF DEFENDANTS' |
| ALEXIS SALGADO, | * | MOTIONS TO SUPPRESS EVIDENCE |
| JAMES MENARD and | * | (IN PART) AND STATEMENTS |
| DAVID ANDREWS, | * | |
| Defendants. | * | |

***

Defendant, Alexis Salgado, has filed a Motion to Suppress Evidence and Statements, Docket No. 71, Defendant, James Menard, and Defendant, David Andrews, have each filed separate motions to join the Motion to Suppress, Dockets Nos. 69, 70. Because Defendants' Motions are dispositive, this Court is only authorized to determine the same on a report and recommendation basis. *See* 28 U.S.C. §636(b)(1). Based on the findings, authorities and legal discussion made on the record at the January 17, 2013 hearing, the Court hereby

RECOMMENDS that Defendants' Motions (on all but the canine probable cause issue) be granted in part and denied in part. They should be granted insofar as they seek to suppress statements made in violation of *Miranda* during and following their encounter with law enforcement officers on the shoulder to the highway (and, as to Salgado, after

leaving the hospital and while en route to the Winner City Jail as well). In all other respects, the Motions should be denied.

Dated this 17th day of January, 2013, at Pierre, South Dakota.

BY THE COURT:

/s/ Mark A. Moreno

MARK A. MORENO
UNITED STATES MAGISTRATE JUDGE

NOTICE

Failure to file written objections to the within and foregoing Report and Recommendations for Disposition within fourteen (14) days from the date of service shall bar an aggrieved party from attacking such Report and Recommendations before the assigned United States District Judge. *See* 28 U.S.C. § 636(b)(1).